| | |
|---|---|
| 1 | RICK D. ROSKELLEY, ESQ., Bar # 3192 |
| | LITTLER MENDELSON, P.C. |
| 2 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 3 | Las Vegas, NV  89169-5937 |
| | Telephone:    702.862.8800 |
| 4 | Fax No.:       702.862.8811 |
| | Email: rroskelley@littler.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | PARBALL CORPORATION, CAESARS ENTERTAINMENT |
| | CORPORATION, FLAMINGO LAS VEGAS OPERATING |
| 7 | COMPANY |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH, acting by and through its designated fiduciary Matthew Walker; SOUTHERN NEVADA CULINARY & BARTENDERS PENSION TRUST, acting by and through its designated fiduciary Kim Gould, | Case No. 2:13-cv-00802-RCJ-NJK |
| Plaintiffs, | REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE ON DECEMBER 18, 2014 |
| v. | |
| PARBALL CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; FLAMINGO LAS VEGAS OPERATING COMPANY, a Nevada corporation; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

Defendants Parball Corporation, Caesars Entertainment Corporation, and Flamingo Las Vegas Operating Company (collectively referred to as "Defendants" or individually as indicated)  by and through their counsel of record, Littler Mendelson, P.C., hereby submits this request to allow Defendants' counsel, Rick D. Roskelley, to appear telephonically at the Status Conference scheduled on December 18, 2014.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Pursuant to the Minute Order (Doc. #45), this case is set for a Status Conference before Honorable Robert C. Jones, on December 18, 2014 at 2:00 p.m. The Minute Order requires the presence of parties. Said Order is dated December 9, 2014, undersigned counsel has been on vacation since December 8, 2014 and will not return until December 22, 2014. Mr. Roskelley is prepared to fully and actively participate in the Status Conference, however, would like to attend telephonically, rather than in person.

Accordingly, Defendant respectfully requests that an Order be issued granting permission for Defendants' counsel to attend the Status Conference by telephone on December 18, 2014.

Dated: December 12, 2014

Respectfully submitted,

 /s/ Rick D. Roskelley, Esq.
RICK D. ROSKELLEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
PARBALL CORPORATION, CAESARS ENTERTAINMENT CORPORATION, FLAMINGO LAS VEGAS OPERATING COMPANY

ORDER

IT IS HEREBY ORDERED that the Motion to Appear Telephonically at Status Conference on December 18, 2014 (ECF #48) is GRANTED.
Counsel shall dial into the AT&T Meet-Me-Line Number using a land line FIVE (5) minutes prior to the hearing. Meet-Me-Line Dial In Number: (888) 675-2535; Access Code: 2900398; Security Code: 121814. Counsel shall remain on the line until such time as the Court joins the call and convenes the proceedings.
IT IS SO ORDERED.

_____
ROBERT C. JONES
District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.