# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITE HERE HEALTH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PARBALL CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:13-CV-00802-RCJ-NJK<br><br>**ORDER SETTING STATUS CONFERENCE** |

On January 10, 2017, the parties filed a Joint Status Report (ECF No. 57) informing the Court that the parties had reached a settlement and requested that the case be stayed through December 1, 2017. The parties reported that the final payment under the settlement documents was scheduled to be paid on December 1, 2017. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 11:15 A.M., Monday, April 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, March 30, 2018.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Friday, March 30, 2018.

IT IS FURTHER ORDERED that the Status Conference shall vacate upon the filing of dismissal papers in this action.

IT IS SO ORDERED this 14th day of March, 2018.

_____
ROBERT C. JONES
Senior District Judge