**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs Unite Here Health, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITE HERE HEALTH, acting by and through its designated fiduciary Matthew Walker; SOUTHERN NEVADA CULINARY & BARTENDERS PENSION TRUST, acting by and through its designated fiduciary Kim Gould,<br><br>Plaintiffs,<br>vs.<br><br>PARBALL CORPORATION, a Nevada corporation; CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; FLAMINGO LAS VEGAS OPERATING COMPANY, a Nevada corporation; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-00802-RCJ-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>Date: N/A<br>Time: N/A |

Plaintiffs, Unite Here Health, *et. al,* by an through their counsel of record, Christensen James & Martin, and Defendants Parball Corporation, *et. al,* by and through their counsel of record, Littler Mendelson, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss their claims in the above-entitled action with prejudice, each side to bear its own legal fees and costs.

///

///

The parties request that the Court vacate the April 9, 2018 status conference and associated joint status report deadline [ECF No. 59]. No other deadlines are pending.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN** | **LITTLER MENDELSON, P.C.** |
| By: */s/ Wesley J. Smith*<br>　　Wesley J. Smith, Esq.<br>　　Nevada Bar No. 11871<br>　　*Attorneys for Plaintiffs Unite Here Health and Southern Nevada Culinary and Bartenders Pension Trust* | By: */s/ Rick D. Roskelley*<br>　　Rick D. Roskelley, Esq.<br>　　Nevada Bar No. 3192<br>　　*Attorneys for Defendants Parball Corporation, Caesars Entertainment Corporation, and Flamingo Las Vegas Operating Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: March 29, 2018